AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JAMES W. JOHNSON, JR.,

    Plaintiff,

               v.

LT. DANIEL A. BENNETT; ELWOOD
WATERFIELD, PREA Coordinator;
PATRICK DEBLASIO, GEO Group
Corp. Stake Holder; and GEO GROUP,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 5:22-cv-002

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated October 5, 2022, this case is dismissed without prejudice and

stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 6, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*



GAS Rev 10/2020